**FILED**
OCT -2 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE KENDALL
MAGISTRATE JUDGE COX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
OCT 0 2 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MICHAEL THOMPKINS

**UNDER SEAL**

No. 18CR 664

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about April 29, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL THOMPKINS,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Springfield Armory XD-40 .40 caliber semi-automatic pistol, bearing serial number MG293623, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Springfield Armory XD-40 .40 caliber semi-automatic pistol, bearing serial number MG293623, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY