IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18-cr-664 |
| v. ) | |
| ) | Honorable Virginia Kendall |
| MICHAEL THOMPKINS ) | |
| ) | |

**MOTION FOR PERMISSION TO ISSUE
EARLY RETURN SUBPOENAS**

Defendant MICHAEL THOMPKINS, by the Federal Defender Program and its attorneys, Amanda G. Penabad and Daniel P. McLaughlin, pursuant to Rules 17(b) and (c)(1) of the Federal Rules of Criminal Procedure, respectfully requests this Court to order any and all subpoenas that Mr. Thompkins shall require during the course of proceedings, and in support of this request states the following:

1. Mr. Thompkins is the defendant in the above-captioned case. The Federal Defender Program was appointed as Mr. Thompkins' counsel at his initial appearance and arraignment on October 3, 2018. He is financially unable to pay the fees of witnesses.

2. The production of certain witnesses and documents for which the subpoena power of this Court is necessary may be essential to the preparation and presentation of Mr. Thompkins' case.

3. Mr. Thompkins further requests authority for early return of any subpoenaed documents to defense counsel prior to trial proceedings.

WHEREFORE, Mr. Thompkins requests that this Court issue an order waiving the costs and fees incurred in the service of process and the appearance of witnesses, as well as granting the authority for early return of any subpoenaed documents to defense counsel prior to trial proceedings.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    John F. Murphy
    Executive Director

BY:   */s/Amanda G. Penabad*
       Amanda G. Penabad
       Federal Defender Program
       55 E Monroe St., Suite 2800
       Chicago, IL 60603
       (312) 621-8300

# CERTIFICATE OF SERVICE

The undersigned, <u>Amanda G. Penabad</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**MOTION FOR PERMISSION TO ISSUE
EARLY RETURN SUBPOENAS**

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>March 11, 2019</u>, to counsel/parties that are non-ECF filers.

          By: */s/ Amanda G. Penabad*
          Amanda G. Penabad
          FEDERAL DEFENDER PROGRAM
          55 E. Monroe St., Suite 2800
          Chicago, Illinois 60603
          (312) 621-8300